# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

138471

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CONNY GEORGE MORITZ,
      Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138471
COA: 286628
Macomb CC: 2003-000991-FC

_____/

      On order of the Court, the application for leave to appeal the March 4, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

_____
Clerk

p0921